1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN PAUL REYNOSO,

11              Petitioner,                        No. CIV S-06-1291 FCD DAD P

12        vs.

13    G.J. GIURBINO, Warden,

14              Respondent.                        <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas

17    corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

18              In his habeas petition, petitioner challenges a judgment of conviction entered by

19    the Tulare County Superior Court.  Tulare County is part of the Fresno Division of the United

20    States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).  A civil

21    action which has not been commenced in the proper division of this court may, on the court's

22    own motion, be transferred to the proper division of the court.  <u>See</u> Local Rule 3-120(f).  This

23    action will therefore be transferred to the Fresno Division of the court for all further proceedings.

24    /////

25    /////

26    /////

Dockets.Justia.com

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4        2.  All future filings shall reference the new Fresno case number to be assigned

5  and shall be filed at:

6            United States District Court
             Eastern District of California
7            2500 Tulare Street
             Fresno, CA 93721

8

9  DATED: June 15, 2006.

10

11  _____
                                         DALE A. DROZD
12                                       UNITED STATES MAGISTRATE JUDGE

13  DAD:13:mp
    reyn1291.109

14

15

16

17

18

19

20

21

22

23

24

25

26